UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT HENRY CHIPMAN,

  Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,

  Defendant.

CASE NO. 3:23-cv-5807-TMC

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Robert Henry Chipman's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 1) has been referred to the undersigned pursuant to Amended General Order 11-22 and 28 U.S.C. § 636. Plaintiff, who is proceeding *pro se*, requests to proceed *in forma pauperis* in this matter. *See* Dkt. 1. Having carefully considered the Motion, the governing law, and the balance of the record, the Court **ORDERS** that:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, the Court **GRANTS** Plaintiff's IFP Motion. Dkt. 1.

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

(2) The Clerk of Court will send a copy of this Order to Plaintiff and to the Honorable Tiffany M. Cartwright.

Dated this 18th day of October, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS - 2